UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                                                 ORDER
          v.                                                           07-CR-019

JAMES REED,
BYRON COBB,
THEODORE HUFFMAN,
JAMAR PAUL,
CHRISTOPHER HUFF,
SHELTRICE RHODES,
CURTIS MOSS,
NORMA LTHOMPSON and
MARTELL JORDAY,

                       Defendants.

---

The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1).  On September 6, 2007, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendants' motions to suppress the evidence obtained from the search warrants and wiretap orders and to dismiss the indictment be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties.  No objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants'

motions to suppress the evidence obtained from the search warrants and wiretap orders and to dismiss the indictment are denied.

Counsel shall appear for a meeting to set a trial date on October 4, 2007 at 9:00 a.m.

SO ORDERED.

                    s/ *Richard J. Arcara*
                    HONORABLE RICHARD J. ARCARA
                    CHIEF JUDGE
                    UNITED STATES DISTRICT COURT

DATED: October 2, 2007